IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Woodfork, Charlesetta

Printed: 01/29/09

Case Number: 04 B 03600
Judge: Wedoff, Eugene R
Filed: 1/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 20, 2008
Confirmed: March 18, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,312.50 |  |
| Secured: |  | 10,402.92 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,205.20 |
| Trustee Fee: |  | 690.27 |
| Other Funds: |  | 14.11 |
| Totals: | 13,312.50 | 13,312.50 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,205.20 | 2,205.20 |
| 2. | Nationwide Acceptance Corp | Secured | 440.96 | 285.17 |
| 3. | Nuvell Credit Company LLC | Secured | 15,329.36 | 10,117.75 |
| 4. | Nationwide Acceptance Corp | Unsecured | 82.99 | 0.00 |
| 5. | Nuvell Credit Company LLC | Unsecured | 1,111.19 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 45.28 | 0.00 |
| 7. | Direct Merchants | Unsecured | 168.40 | 0.00 |
| 8. | Capital One | Unsecured | 84.32 | 0.00 |
| 9. | Debt Management Center | Unsecured |  | No Claim Filed |
| 10. | Charter One Bank | Unsecured |  | No Claim Filed |
| 11. | Check N Go | Unsecured |  | No Claim Filed |
| 12. | Salvatore Spinelli | Unsecured |  | No Claim Filed |
| 13. | One Iron Ventures | Unsecured |  | No Claim Filed |
|  |  |  | $ 19,467.70 | $ 12,608.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 73.50 |
| 4% | 52.14 |
| 6.5% | 191.62 |
| 3% | 33.49 |
| 5.5% | 186.09 |
| 5% | 55.70 |
| 4.8% | 59.19 |
| 5.4% | 38.54 |
|  | $ 690.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Woodfork, Charlesetta | Case Number:  04 B 03600 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/29/09 | Filed:  1/30/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

